# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JERRY DAVENPORT**                                                      **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:02-CV-033PB**

**FLEMING COMPANIES, INC.;**
**JOHN DOES 1 AND 2 [ Unknown Defendants who**
**are employees of Fleming Companies, Inc.];**
**AND J. B. HUNT TRANSPORT, INC.**                   **DEFENDANTS**

## ORDER APPROVING THIRD PARTY SETTLEMENT

This matter having come before the court on the Petition for Approval of Third Party Settlement filed herein by the plaintiff, Jerry Davenport, and the court finding that copies of said petition were served not only upon the parties in this cause but also upon the attorney for, and representatives of, the Workmans' Compensation Carrier and Mr. Davenport's employer at the time of the injury to him which is involved in this suit, and the court being advised that no objections or other responses have been filed to the Petition and being advised in the premises does find and order the following:

**-1-**

That this court has jurisdiction over the parties herein and subject matter hereof.

**-2-**

That the third party settlement set forth in the aforesaid petition be, and the same is hereby, approved and allowed.

**-3-**

That upon completion of all acts necessary to consummate said settlement, the parties herein are directed to prepare and file with the court an order of dismissal of this

action.

ORDERED AND ADJUDGED, this the 1st day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE


SUBMITTED BY:

_____
RABUN JONES, MSB # 3216